Richard Pompa pro se
160 W. Big Springs Road #15
Riverside CA. 92507
(951)683-0122
pomparichard@att.net
no fax

ORIGINAL

FILED

2009 JAN 23 AM 9:42

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

LODGED

2009 JAN 20 PM 3:06

CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

ED CV 09 - 00138 SGL (OP)

N/S IFP 194

| | |
|---|---|
| Richard Pompa,<br>Plaintiff,<br>vs.<br>Regents of the University of California,<br>Defendant | Case No.:<br><br>For Immediate Injunctive Relief |

Plaintiff comes now:

1. Plaintiff is and was at all times mentioned in complaint a resident of the City and County of Riverside, California, and is an undergraduate student at University of California Riverside. That all acts and omissions alleged in complaint occurred in the same.
2. That all actors specific to this complaint acted under color of authority of the Regents of the University of California. That all actors were employed or otherwise affiliated with by means of compulsory interaction by and with the University of California Riverside in the City and County of Riverside California, which functions under the authority and direction of the UC Regents, at all times mentioned in complaint.

3. Defendant was and at all times mentioned in complaint, an University of California higher education institution, specifically a public University, existing under the laws of the United States and the State of California, and funded by the same.
4. Plaintiff is informed and believes, and on the basis of that information and belief alleges, that at all times mentioned in this complaint, actors were the agents and employees of their co-actors, and in doing the things complained of were acting within the course and scope of that agency by compulsion and or employment, namely the UC Regents.
5. Plaintiff alleges that since time of first registration at UCR in October 2007 and subsequent move in at 160 W. Big Springs Road #15 Riverside CA. 92507 in close proximity to campus he has been the victim of harassment and conspiracy to commit the same by persons acting under the authority and intent of the UC Regents.
6. This harassment has transpired in unison of actors between regular employees at UCR and employees and students of UCR or persons otherwise that live at University Hills Apartments, which meets definition of conspiracy under 1985.

These actors are as follows; regular employees of UCR

1. Sean Jasso, Lecturer of Marketing; made derogatory comments in his lecture class directed at plaintiff.
2. Kazi Mamun, Undergraduate Business Program Director; while plaintiff sought counseling about academic things Mamun suggested he preferred Asian undergraduates only to complete and enter the Anderson Management Business Administration major. Ironically the curricula became impossibly stringent and plaintiff changed majors to avoid the Asian preference of the Anderson School.

3. The Editing staff of The Highlander UCR campus news paper; plaintiff wrote a letter to the editor addressing a letter written by a student named Truitt. Plaintiff addressed Truitt as "Missy Truitt" which is a term he would use to speak to his daughter, niece, younger sister or otherwise young female. The Highlander Editorially staff generated the attached article citing "Missy" as "one of the most demeaning terms that can be slapped on a woman". They also falsely cited a sign at a campus protest as reading "why doesn't my teacher look like me". Plaintiff attended same protest and remembers the sign reading "why don't any of my professors look like me?" The Highlander has in the past slandered other ethnic persons.
4. Unknown Professor in Geology attempted to run over plaintiff in a blue Nissan pickup. Upon being approached by plaintiff Professor grew irate, called campus police and told them plaintiff was stalking him. Campus police arrived heard both sides and informed plaintiff he was lucky they weren't going to arrest plaintiff.
5. Brian Murphy, Equity Administrator Affirmative Action; when plaintiff sought help from Affirmative Action office on campus Murphy stated "I'm old school" and subsequently suggested plaintiff should stop complaining about discriminatory treatment as he had no rights as defined by Murphy.
6. Laura Riley Director Academic Integrity; after complaining about Riley's discriminatory hiring practices for the student Academic Integrity positions on campus, Riley retaliated at plaintiff for complaining by adding fraudulent charges and language to a disciplinary determination in regards to plaintiff expressing anger with instructor Mike Curtis due to Curtis' derogatory treatment of plaintiff. Riley included "lude and lascivious conduct" and "sexual assault" in the determination, then reported the matter as such to plaintiff's Riverside County Probation Officer, in attempts to get plaintiff charged with the fraudulent matters.

7. James W. Sandoval Vice Chancellor Student Affairs; attended part of the disciplinary hearing mentioned previously. Refused plaintiffs request to have proceeding recorded, and further suggested plaintiff "shut up" and stop making complaints about discriminatory treatment.
8. Marcia Theise Schiffer, Director Disabled Student Programs; discussed with plaintiff matter regarding Curtis immediately after at plaintiffs request for counseling. Thereafter Schiffer proceeded to report perversely misstated and slanderous statements to Sandoval and Riley regarding same matter.
9. Eric Peterson, Assistant to the Director Disabled Student Programs; did sexually harass plaintiff by suggesting repeatedly plaintiff needed to contact Lesbian, Gay, Bisexual, Transgender student programs for unspecified reasoning. Peterson further harassed plaintiff by inviting him to a "Mayan séance" of sorts which further violates plaintiffs own religious beliefs.
10. Michael Curtis Mathematics Lecturer; did make derogatory treatment and comments toward plaintiff during lecture and subsequently reported slanderous and fraudulent recount of incident.
11. Adam Katz Mathematics Teaching Assistant; did cause discriminatory and overly stringent grading policy directed at plaintiff while in Curtis' course.
12. Estella Acuna Director Chicano Student Programs; plaintiff sought counseling after Jasso problem to which Acuna made first recommendation that plaintiff stop complaining about discriminatory treatment. Subsequent harassment from Chicano's in the Riverside community. Very powerful in Chicano community. Suggested gang involvement and Mexican Mafia implications. Resounding in plaintiff's mind is the simultaneous deaths of Roger Garcia (plaintiffs Uncle), Debbie Gilbert (Aunt, sibling of Roger and Leroy) and near death of Leroy Garcia (plaintiffs Uncle) within 2-3 months time and simultaneous with the complaints mentioned.

13. Miguel Nunez 'Tlatoani' of Nuestra Cosa; exhibited zero tolerance and discriminatory attitude to plaintiff.

And; employees and students of UCR or persons otherwise that live at University Hills Apartments

1. Laura Jefchak University Hills Apartment Manager; all acts of discrimination occurring at plaintiffs place of residence were done under Jefchaks authority which plaintiff alleges is conspired with the UC Regents intent and purposes.

2. Amy A. Dunne Assistant to Assistant to Vice Chancellor and University Hills resident; admitted to entering plaintiffs apartment while plaintiff not home and plaintiff caught Dunne sending homosexual resident of University Hills to harass plaintiff.

3. Anthony Pompa; plaintiffs brother whom has stalked plaintiff at school and at residence while conspiring to keeping whereabouts and address unknown to plaintiff for reasons of preventing plaintiff from renewing restraining order #RIV009774 protecting plaintiff from Anthony and his stalking and threatening activity.

Plaintiff brings action under USC 1983 and 1985;

UNITED STATES CODE TITLE 42 THE PUBLIC HEALTH AND WELFARE CHAPTER 21--CIVIL RIGHTS SUBCHAPTER I Sec. 1983. Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in

equity, or other proper proceeding for redress...

UNITED STATES CODE TITLE 42 THE PUBLIC HEALTH AND WELFARE CHAPTER 21 CIVIL RIGHTS SUBCHAPTER I Sec. 1985. Conspiracy to interfere with civil rights... (3) Depriving persons of rights or privileges; ...in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

Plaintiff brings action under California Education Code Sections 200-201;
CALIFORNIA EDUCATION CODE
TITLE 1. GENERAL EDUCATION CODE PROVISIONS DIVISION 1. GENERAL EDUCATION CODE PROVISIONS CHAPTER 2. EDUCATIONAL EQUITY EDUCATION CODE SECTION 200-201

200. It is the policy of the State of California to afford all persons in public schools, regardless of their disability, gender, nationality, race or ethnicity, religion, sexual orientation, or any other characteristic that is contained in the definition of hate crimes set forth in Section 422.55 of the Penal Code, equal rights and opportunities in the educational institutions of the state. The purpose of this chapter is to prohibit acts that are contrary to that policy and to provide remedies therefor.

201. (a) All pupils have the right to participate fully in the educational process, free from discrimination and harassment.

(b) California's public schools have an affirmative obligation to combat racism, sexism, and other forms of bias, and a responsibility to provide equal educational opportunity.

(c) Harassment on school grounds directed at an individual on the basis of personal characteristics or status creates a hostile environment and jeopardizes equal educational opportunity as guaranteed by the California Constitution and the United States Constitution.

(d) There is an urgent need to prevent and respond to acts of hate violence and bias-related incidents that are occurring at an increasing rate in California's public schools.

(e) There is an urgent need to teach and inform pupils in the public schools about their rights, as guaranteed by the federal and state constitutions, in order to increase pupils' awareness and understanding of their rights and the rights of others, with the intention of promoting tolerance and sensitivity in public schools and in society as a means of responding to potential harassment and hate violence.

(f) It is the intent of the Legislature that each public school undertake educational activities to counter discriminatory incidents on school grounds and, within constitutional bounds, to minimize and eliminate a hostile environment on school grounds that impairs the access of pupils to equal educational opportunity.

(g) It is the intent of the Legislature that this chapter shall be interpreted as consistent with Article 9.5 (commencing with Section 11135) of Chapter 1 of Part 1 of Division 3 of Title 2 of the Government Code, Title VI of the federal Civil Rights Act of 1964 (42 U.S.C. Sec. 1981, et seq.), Title IX of the Education Amendments of

1972 (20 U.S.C. Sec. 1681, et seq.), Section 504 of the federal Rehabilitation Act of 1973 (29 U.S.C. Sec. 794(a)), the federal Individuals with Disabilities Education Act (20 U.S.C. Sec. 1400 et seq.), the federal Equal Educational Opportunities Act (20 U.S.C. Sec. 1701, et seq.), the Unruh Civil Rights Act (Secs. 51 to 53, incl., Civ. C.), and the Fair Employment and Housing Act (Pt. 2.8 (commencing with Sec. 12900), Div. 3, Gov. C.), except where this chapter may grant more protections or impose additional obligations, and that the remedies provided herein shall not be the exclusive remedies, but may be combined with remedies that may be provided by the above statutes.

Whereby plaintiff seeks Injunctive relief to cause restoration of plaintiffs rights, privileges, and immunities enjoyed and practiced by other undergraduate students at UCR. Also Injunctive relief to prevent further discriminatory action and harassments by all actors mentioned, and any subsequent actors not mentioned whether directly affiliated with the UC Regents or not, so as to prevent further harassment involving his right to equal education under the laws. Also Injunctive relief as to cause address of plaintiffs brother Anthony Pompa to be readily available to plaintiff so restraining order #RIV009774 can be reinstated and made permanent, as is plaintiffs wish. Plaintiff requests trial by jury.

I, Richard Pompa, do swear under penalty of the laws of the United States and the State of California, that the foregoing is true, factual, and correct to the best of my abilities, beliefs, and knowledge.

Richard Pompa
160 W. Big Springs
Road #15
Riverside CA. 92507
(951)683-0122
pomparichard@att.net
no fax
Richard Pompa pro se

# Log of problems with University Hills Apartments cut and pasted from plaintiffs desktop;

From time of first moving in. Found greasy print on wall and glove in middle of front room. Find fans lights don't use on when get home. 5 tickets on car over MLK day weekend. Borrowed Moms car had tranny problems with mine someone vandalized Moms car pulled door from top out left gap. Got sick after Thanksgiving before Christmas only ate out of refrigerator. Hooked up camera still found lights appliances hadn't used on when come home tape turned off these times. Management well informed about restraining order on Tony and my probation situation. 3 months to establish land-line with AT&T because open phone box down stairs. Made few complaints about late night hollering, upstairs midnight ballet. Bought bike noticed nearly 1thou miles more than recorded on paper work, car unlocked no vandalism miles are racking up hardly drive it. Began logging miles. Night I'm writing this 8-16-08 manager had party, noticed while washing car motorcycle has precisely 30 more miles on it than recorded. Drove car after washing (miles on car don't chide either). Loud noises on tape again this time. Heard people in door cranny, sound like someone sexing a female (very loud, sounded like kid don't know don't wanna) didn't open door or go outside strange noises orgiastic. Name overhear in management conversations; Tony, mind game. Possibly State Trooper problem from UCR campus police had similar at CSUSB eventually charge you with felonies for nothing courts follow through railroad. Rookies make you something when your nothing just struggling they had it all handed to them they can't tolerate your class of person, criminally poor. Not a nice feeling. Also have seen maintenance guy from San Bernardino apartment driving by on street. I am aware that 90% of the population practices the wikka or some type of cult magic Tony one of them churches are rampant city state fed offices very powerful influence they nearly hated me to death at CSUSB very obvious from time filed worker comp case and self represented, Tony released simultaneously. hear Tony outside motorhome tapping on side calling my name. Betancourt and her/his gender bender secretary accusing me of stalking because I bugged them for toxicology report pertaining to my case whole fiasco atmosphere while Tony actually wins one of his cases. I am up against (white witches?) whom have networked power and can literally end my life with out any one being vaguely concerned. I don't care to be intimidated with their aggression while they practice their craft or worship what they do. I have watched them take a bazooka to my miniscule life too many times. They always over do the power thing. This area is like a police state to me. Do I have any options in this situation?

Saturday August 23, 2008 about 9pm walked out apartment to car walked back saw 2 fella's outside next door, dispursed as I walked up. Watched tall bald with glasses walk up flight of stairs across catwalk to other side walk back to ground floor to

apartment 9? stood at stair case and watched they stare back I walked up and Amy walked out when hear me talking explained to her problems and she say she had gone into my room when first moved in to do cleaning and that she had asked the two homo's to go up to the room next to mine has she been doing all these succinct things I very sarc. but blunt avoid accusatory eventual found out they are 2 gay guys from Amy. Watching laptop hear someone using key about ten minutes into video. Amy stated she got hired at UCR. Only advice I can get from police is to move.

Saturday August 30 rode motorcycle to Masters of Metal in Glen Helen about 50 round trip noticed when got back mileage was 10179 last recorded was 10078 went to San Manuel Monday put at 10193

Saturday 9-6-08 discovered through my McAfee security suite 12 computers on a network with my computer. Is management hacking my computer. Blocked network.

Sat. Sept. 13 found car door unlocked. Drove last night to WalMart. Shit head w/longish hair commented about Raiders hat.

Mon. Sept. 15 2008 took paper work to DOR walking upstairs lisping whiney maintenance guy from management talking to residents about laptop in pool area, tape recorder turned off rewound. earlier went to work out, keypad on security gate wouldn't work (vandals?)

Friday Sept. 19th drove to LA garment district. On 60 by 710 rear wheel started wobbling. Rearmost driver side trailing arm broken at weld. Integral part of vehicle, expected to last lifetime of vehicle so much so no after market. Spent 3 hours walking Atlantic Ave. Pep boys, autozone, kragan none have aftermarket can't even order. Some one tampered, started break in weld. Speed bumps possible, but with all added likely tampering. Fatal

Mon. 22 sept. found all car doors unlocked, told management to make sure friendly crust still existed. lease is up next month Soon after car wouldn't start. Noticed the tumbler put key in ignition no longer has spring hold key in on position, stripped out some one tampering with ignition. Remembered bike had similar prob. wouldn't lock forks (re; mileage problems) some one forcing ignitions

Saturday Oct. 5th, 2008 about 4pm Charter tech down stairs messing with cable box. He disconnected my internet. Amy? whacky!

Wednesday/ Tuesday 7th and 8th called Bank of America found some one had switched my password with mothers maiden name. went to bank got angry with incoherent nature called customer service got angry they are acting incredibly stupid, cover some thing up.

Friday about 7:30pm pulled out down big springs string of 6 cars pulled out simultaneously from up street parked on embankment 2 same model silver Hondas, four same model black Hondas with small rear stabilizers Honda Toyota? waited last car fat cat with blue tooth

October 11th Saturday drivers door unlocked hood unlatched drove until noticed hood could have popped up while driving.

Oct. 17th, 2008 found directly under bed area in parking area downstairs, a hole in the stucko going to take picture of it. This is after a few days ago heard something smack the side of the building.

Saturday Nov. 1st afternoon went to store 2 half hours came back found tape turned off.

Friday Nov. 21 Came home late About 1-2am found vcr turned off tape re-wound erased stuff moved around pullup bar in front room was in closet ate out of fridge got sick

tuesday nov. 25 tape turned off same os

sunday nov. 30 have noticed about last 30 days retarded kid had hand broke and involved in that statutory rape stuff from last management party out on side of my apartment with Chihuahua and under my apartment in car port just standing, daily sometimes three four times having cell phone conversations.

tues. dec. 02 talked with management yest. about water hose rolled up under bushes for washing my car they said know nothing about. talked with lispey whiney maintenance guy retorted snotty bitchy "don't know what Santos did with it". No respect.

friday dec. 5 heard noise from next door in corner by window again. went outside it's a saw. they have been sawing into wall. called at&t they confirmed to me they are shitheads. what's an honest fella to do.

Saturday dec. 6th about 11pm came home parked out front found code changed pulled gate open made loud noise laura came out asking who what thinking some one took off running or something I told her it was me she started getting excited, I told her calm down, she keep getting excited while talking suggested I am a liar because I told her I didn't get flyer with gate code taped to my door, I finally told her she sucks needs to get a job she can do, she said to move out I told her she should go I'm in process of complaining to prop management, she has no grounds up on rent just likes to harass me. Contacted Gilpin castelli Management twice no return

dec. 7th pm went to store drivers door unlocked. ironic

Sat. dec. 13th noticed car door rubs when close immediately after parking in front of church at night rubber weather lining rubbed off where lock is accessible in door crack take picture of.

sun 14th laser pointer (red) front room window near tv!

wed. dec. 17th chainsaw backside some where, possibly houses, at 10:20pm.

thurs. dec. 18th about 6pm napping in front room hear goofy kid giggling constant until I got up made noise upstairs/downstairs not sure which

fri. dec. 19th picked up cabinet doors driving through campus saw amy driving opposite way in that gold ford Alabama plates she immediately flipped a U parked got out holding cell phone like she using camera to record me walking on sidewalk this is sick.

later night time noisy next door walked outside to check it out look at stars saw lispy whiney maint fella walking with others in camo military style clothing sees me says "you don't wanna go upstairs right now" to partner I say "chickenshit" loud enough for them to hear I'm contemptible at best why pay rent to be treated like second class of person really wanna give a taste of my reality

sat. 20 dec. bald white fagot friend of leather hat boy moved in next door apparently they're in there together quite a bit heard leaving this morning apparently whole MO is to violate my privacy and violate the boundaries set forth by God, didn't expect this can't wait to get outta here.

tues. dec. 23 waited till today to write about sat. 20 management party so loud next door had to leave go somewhere whole thing on lap top concentrated effort in next door room sound like 20 people in there at once in and out see if this one don't result in another statutory rape story what a bunch of shitheads

also of note within the last two weeks have requested twice complaint form mailed to me from riverside county housing authority haven't received one yet mail service being compromised again?

dec. 26th about2:30 pm woke up called Judy opened windows white guy from other building down in car port area standing looking up into my windows shuffles away talking on cell phone.

tues. dec. 30th car overheated 2nd round trip to fry's. parked out front last night and this afternoon asphalt hosed down where I had parked. small antifreeze puddle in middle. I can't even use my waterhose to fill my radiator now, much less wash the car, how ironic.

wed jan 14th walking through campus and white guy with dutch boy hair cut that lives in 140 building and works plant maintenance on campus drove up and said oh you work out and then struggle through class, noticed maintenance following around before is it me or networked white supremacy

week of jan 12 to 15 communicating with Chicano Student Programs newspaper editor got sort of disrespectful, pushed out of shape same old Estella Acuna like when car of fat drunk Mexicans drove by on University and spit on car brown supremacy or me

# Log of problems with UCR cut and pasted from plaintiffs desktop

Richard Pompa

SID #860844075

(951)683-0122

richard.pompa@ucr.edu

My name is Richard Pompa. I am a 39 year old junior undergraduate at UCR. I am disabled, economically challenged, and a half White half Hispanic, Christian, and heterosexual. Since attending UCR I have experienced various degrees of discrimination and harassment due to one or more of my diversity issues. This campus community seems to have a limited definition of diversity thereby eliminating equity to certain classes, thus I use the term diversity loosely. Today is July 17th, 2008 and I am immediately recovering from the effects of the most recent and intense issues of discrimination and harassment which occurred Tuesday July 15th at around 1:30pm. I will attempt to chronologically recount these experiences at UCR, while trying to be brief. I will end with the instance I just mentioned as it is the most important and ultimately demonstrable of the discrimination and harassment of which I am speaking.

My first quarter at UCR began in October of 2007. I noticed in the school newspaper, The Highlander, repeated articles slamming illegal aliens and causing general slander of Hispanics as such issues will. I wrote a letter to the editor addressing the perceptions of the person that had wrote a particularly nasty piece blaming most every ailment of society on illegal aliens from Mexico, when in fact this person was a Mid-Eastern immigrant herself. They published my letter and I figured I would find out about further writing for the paper. I noticed that the editor Caitlin Smith repeatedly steered me from stories that did not have something to do with Hispanic topics. Also, all the stories she assigned me to where moot issues and would not have been practical to publish. My suspicions were confirmed one day when I walked into the office and heard Caitlin speaking to a co-editor and saying something to the effect "you think you got problems, I got this big fat Mexican, Richard following me around". I sort of chuckled to myself and made my presence known, asked the question I had and left. I made no further attempts to interact with the newspaper to save myself wasted effort. The intensely anti-Hispanic stories continued, in fact in most every issue. A complaint has been made by other Hispanics and concerned persons on campus. The issue seems to be in resolve.

Around November of my 1st quarter my marketing instructor Sean Jasso was asking for feed back from Hispanics in his class as to what we look for in purchases. I raised my hand and stated economy with practicality. He looked at me and said "yeah, cheap". He then asked if I would ever purchase a $500 pair of jeans he had previously been talking about. I answered honestly

"no, not even for my daughter". His next step was to immediately launch into a tirade about a billboard in a Hispanic/Latino community placed directly over a pre-school which advertised condoms. He finished by stating "you see, its all about positioning". I made complaint to the student affairs of the business school through Dr. Bajis Dodin to which Jasso replied it had all been a misunderstanding and he himself was Hispanic. Even so, his statements were meant to belittle me in front of the entire class. His name is not Hispanic/Latino, he neither looks Hispanic nor bears any enigma of being Hispanic. He merely wormed his way out of a situation with the false claim.

While walking to the Science Library I was nearly struck by a dark blue Nissan driven by a bald white male. I yelled hey watch it asshole. He stopped, backed up, looked at me and stated "what are you doing here?". I figured he wass going to get out of his truck so I put my backpack down and took stance. He drove away. I followed on foot. He made a call on his cell phone and began tellingthe police that I was stalking him. I had some choice words for his cowardice and waited for the police. Upon arrival they questioned both of us and informed me I was lucky they weren't going to arrest me.

In order to get services with the disabled student services I spoke with a Dr. Stevens. She began putting me through an unnecessarily lengthy run around to get my test time for exams and quiz's yet to no avail. Finally she decided that my submitted diagnosis paper work was not recent enough. She stated I would have to be re-diagnosed. This put yet another futile struggle before me as I had recently moved, depended on county MediCal and Medicare coverage for all and any health care, and my benefits were in transition from the previous county of residence to Riverside. In fact county offices had immediately refused to even serve me much less diagnose me. Finally completely frustrated with months of this inhuman person's cold insensitivity, but not willing to give up, I called Department of Rehabilitation and talked it over with my counselor. He volunteered to have DOR pay for a re-diagnosis to meet Dr. Stevens bureaucratic whim over human need policy. I went through with the psychiatric evaluation only to suffer a nervous breakdown in the process of the interview. This occurred right in the middle of a semester and during the week of midterms. I did my best and pulled through being put through this unnecessary hell.

Some time in Spring Quarter Dr. Peterson of the Disabled Student Programs contacted me about starting a disabled student club on campus. I enthusiastically agreed. We exchanged ideas via email and I sent him my best attempt at a flyer stating an Americans with Disabilities title to which he criticized that some don't identify with "American" and how did I mean the use of the term. I assured him that I felt any human standing on the North, Central, or South American Continents met my definition of American. He returned with a comment about legal status to which, being sick of hearing the issue, stated that my grandparents were U.S. citizens, deported and lost everything due to the Repatriation Act of the 30's, and that Northern European's were grunting, un-bathed animals until Rome and Islam brought them all and any culture they could adhere to. He

invited me to a Mayan séance of sorts to which I refused. His every communication with me thereafter involved him suggesting I contact the Gay and Lesbian Club on campus for advice. I assured him gay and lesbian lifestyles were abomination before my God and my religious beliefs did not warrant me contacting them. I soon withdrew my offer to head any campus club involving Dr. Peterson for these reasons. I also contacted Debbie Artis of the Title 9 Sexual Harassment office to discuss whether I had experienced harassment.

The proceeding month's I made a few complaints to various offices, mostly just to try out the process and learn venues of the complaint process because it was quite apparent I was not being treated entirely fair, but also because the inclination to direct nasty, sarcastic, snotty and other wise disrespectful behavior toward me continued from school personnel. Most notably I applied for a volunteer position with the student academic and integrity committee. I interviewed with Laura Riley the director of the Academic Integrity Committee. I felt the interview went rather well for me. Some weeks later I was contacted via email by Riley's office saying I had been disqualified for GPA. I checked my GPA for previous and current quarters and the claim of the office did not chide. I contacted Riley's office and their vagueness led me to assume a Math 005 grade of D had brought my GPA below that required for the position. I received an A, C+, and the D. This still did not chide. I contacted the equity in diversity office and talked with Mr. Murphy its director. He echoed Riley's claims. I let the issue go.

I am allowed double time for exams and quiz's after going through three or four months of Dr. Stevens's bureaucracy. My Sociology 004 Professor David Swanson had left town either the day of or the day previous to finals, as to which I am still unclear. I finished my finals and final project and turned them both in on time to the Assisted Learning Center as was agreed with Dr. Swanson. I noticed an Incomplete grade on my GROWL report and contacted the T.A. Seth Abrutyn and Dr. Swanson to find out why. Dr. Swanson stated that he had been out of town, had not received my exam or final project, and therefore assumed I had not showed for finals. I contacted the ASL and they stated they had delivered the final and project to Dr. Swanson's desk the very same day of finals. Simultaneously, financial aid began reviewing my grade report to check for eligibility. Financial aid is the only way that I can attend and pay for school. I had a 30 day Calculus course coming up for summer semester 1 and did want to be stuck pursuing the needlessly futile run around of affirming my grade and the possibility of having my aid cut over a hasty decision by Swanson. I complained continuously to all levels of administration until I had a grade.

Summer session 1 is a 30 day quarter. I had Calculus 22 with Mike Curtis as lecturer and Adam Katz as T.A. I immediately noticed a sarcastic hateful and spiteful attitude directed at me from Curtis. I asked one day if x approaches 0 and x approaches infinity are nearly the same thing because they sometimes have similar answers and he sarcastically commented "no, zero is really small and infinity is really big". One day he commented about the Angels baseball team and I being a Dodgers fan

said go Dodgers. He stopped, looked at me and said "I've been tolerating you but that's going to change". He asked one day what rule we should use to begin solving one function. I offered the general power rule. He looked at me and stated "no, because that would suck". I shrugged all this off. Previously at RCC Moreno Valley I had English instructor John Pinson cram a rolled up piece of paper in my eye and Social Work instructor James Banks tell me I was disgusting and needed to drop his course after I asked about the text daily as it was not being sold in the book store. Complaining to RCC Moreno Valley administration got me a trouble maker label and a "so what" attitude every where I went afterward. I wondered how far it would go this time and loathed the thought.

Adam Katz conducted discussion class rather blitheringly. Most of the rules and procedures he instructed us on contradicted those taught to us by Curtis. I one day asked a rather nervous and stuttering Katz what the equation of a specific function, a node, would look like. Knowing that x to the two thirds power was the answer myself, Katz looked at it and said he'd need to get back to me, or I could just ask the lecturer. Our first quiz and first exam got back to us from Katz at the same time though they were a week apart. There were at least ten students that required a re-grade by Curtis due to the contradictions being taught in the course previously mentioned. I waited and listened to their complaints about their grades. I realized that mis-grades on my tests were far more numerous than any one of theirs. Being I had been cramming all night and was rather groggy after 4 hours of sleep I loathed having to argue for my grade.

I approached Curtis and began explaining the situation to him. He agreed mostly but when I became unable to express myself fully due to my tired state (at 40 I need at least 10 hours) he began saying my test answers were gibberish. I stopped and stated that I had apparently registered in the wrong class to learn Calculus and expressed my disagreement about the gibberish comment. He began telling me that I shouldn't be arguing with him about his determinations of my work. I grew irate, used profanity and asked whether he was some sort of god that I shouldn't argue with him. Tired and agitated I stopped as I walked out of the room and told him that all I wanted was to be talked to like a man, I'm 40 years old. He retorted he didn't care how old I was and I should get out of his face. I then stated if he wanted to disrespect me he should put all this University stuff away, step down from his pedestal, and come on down the street so we could disrespect each other, if that was what he intended. He assured me he would only fight other lemurs. I left tired, angry, and bewildered.

Immediately I went to the Disabled Students Program and talked with Marcia Schiffer the director. I related my concerns to her and she listened and suggested I write an apology email to Curtis. I did and he responded understandingly. Of note I related to Schiffer about previous occurrences to draw a parallel with the immediate problem and stated that Pinson's and

Banks' actions were meant to "challenge my manhood" in front of an entire classroom of people and that I felt similarly about Jasso and Curtis.

After a wonderful weekend of July 13th I received an email from Riley on the 14th stating an interim suspension and the need to schedule a meeting. On the email statement was a quote from unknown person suggesting that I had gotten angry because Curtis had "threatened my manhood". I slowly realized that Schiffer had reported this perverted and ludicrous version of our discussion. Knowing the extents of the punishment for the alleged offense I contacted my family and told them that arrest may be an option. I prepared myself for the worst as there was no indication otherwise in the paperwork generated by Riley. Deep gloom of familiar depression began to set in. I called Vice Chancellor Sandoval's office and expressed to his secretary that I was ready to do the meeting ASAP as I was assured there was already a pre-determination of what was to be done as suggested by the ludicrous quote by Schiffer.

At 1:30pm on July 15th a meeting between myself, Sandoval, and Riley occurred at the campus police station. Sandoval began by assuring me that in concordance to one of my previous emails to his office seeking help with the academic matter of Katz and Curtis teaching seemingly two different courses that everyone just wanted to help me succeed. He assured me that arrest would not occur and that he did not intend to suspend me. I did not necessarily believe anything due to the frame of mind I was slowly regressing into. I stated that if they were going to suspend me or otherwise kick me out of school they should just get it over with. I also stated due to the perversity of Schiffers statement that I would not proceed until the entire process was tape recorded to avoid any further ludicrous color of authority abuses. Riley adamantly refused to allow me to record the process. She also glared at me and said things like "if you'd just listen" to my comments about suspension. She brought up totally unrelated events at CSUSB, county probation matters, and suggested she had done some research on me. I almost instantaneously ascertained that this whole fiasco was concerted by Schiffer and Riley exclusively in retaliation for my complaining to discrimination units like Title 9 and Equity, about their offices in previous instances. Sandovals statements about me meeting problems around every corner and this itself was a behavior concern, confirmed the retaliation notion. I acknowledged I complain a lot but clarified that in every social aspect I am an underrepresented minority and my only concern was equality, dignity and respect. Sandoval excused himself to let Riley conduct an interview.

Riley conducted the interview and read me some statements by Schiffer, Curtis and other uninvolved personnel. The statement by Schiffer was a completely non factual account of what we had talked about in her office. The statement by Curtis was precisely half factual. He started out reciting the exact occurrences of the morning and then broke off into non-factual opinions. He referred to my attitude and body language of that morning as that of a 15 year old high school student. He stated he

had never in his life been talked to like that. He stated I mumbled under my breath then just exploded over nothing and other non-factual views. I had previously talked to Curtis after class session and he stated we had both made inappropriate comments.

From the start this 30 day Calculus course has been nothing less than a travesty and a fiasco. Presently, I absolutely refuse to attend class with Mr. Curtis. Apparently Riley had referred some information to my Probation Officer. I am on informal summary probation for things unrelated to this. When I returned home from the interview with Riley my Probation Officer had left a message on my phone. I called her and she stated that from what had been reported to her by the school she was not sure whether I had committed murder, mayhem or what.

To be expected to go through this and return to class with the same lying faculty and blood lust from Riley and Schiffer, is not reasonable to me. My every comment, motion or lack there of could be similarly misinterpreted. This has left me in a state of misery I have not earned. I threatened no one. I left a much needed, though perhaps too strongly administered, lesson in how to speak to his students in Mr. Curtis' mind. I have reaffirmed to myself that profanity and strong language is not allowable in school settings, though their use were not my intention. I have attempted to resolve several issue's by administrative remedies. I have been retaliated against by Riley and Schiffer because of it. This speaks to me that from the very top of the chain of command at UCR there sits someone that does not mind violating individuals rights in the name of aesthetics and convenience.

I have submitted a copy of this letter to the UCR Ombudsperson Indu Sen at the advice of my academic adviser Lata Patel. My expectation is that this will some how create further detriment to me, but at least my remedies will be exhausted as pertaining to the UCR system. These last few weeks have put an enormous strain on my health. I have left the house very little and honestly fear entering the campus at all. I would just as soon be dropped from school entirely and regain my health rather than let these few run me into the ground. My only intention is finishing my degree and re-entering the work force.

September UCR Grant taken by financial aid said voc rehab grant disqualified "policy" drama.

# HIGHLANDER EDITORIAL

## Who watches the watchmen?

Handling student media on a campus that touts itself as one of the most diverse in the nation requires a certain level of political correctness. The mixture of cultures, races, orientations and perceptions at UCR creates an environment of polarities: racism either doesn't exist, or it's a major problem. One plus about being so culturally diverse is that the wide variety of perspectives inhibits tunnel vision. At the same time, the crusade to be PC about race has become so involved that some of its very advocates show a woefully inadequate grasp of a truly equal society.

The Highlander printed a letter in Issue 20 from Mr. Richard Pompa, who incorporated commentary about a "lucratively racist" society while condemning a lack of campus support for a Native American band called Blackfire that performed a Nooner concert the week before Thanksgiving break ["Thanksgiving Nooner: no thanks," Issue 19]. He accused our writer of making "questionably class oppressive comments" and chided her to "respect her fellow Americans [*sic*] freedoms".

Without a trace of irony, Mr. Pompa proceeded to address the writer as "Missy" Truitt, one of the most demeaning terms that can be slapped on a woman.

Mr. Pompa may have had all the best of intentions when he wrote in concerned that the article reflected racist attitudes, but the letter also conveyed a second message. Most importantly, it speaks volumes about the direction of the political correctness crusade.

It's one thing to point out concerns about racist overtones and insinuations. It's quite another to accuse anyone of "class oppressive remarks" and then use a diminutive (or, to use the lingo, sex-oppressive) nickname like "Missy".

This writer made it clear in his letter that he didn't even attend the event. Without basis for his statements, he had to stoop to the use of belittling ad hominem attacks against "Missy" Truitt.

Most importantly, if you want to open up a dialogue about racism (or, in this matter, accuse someone else of harboring racist attitudes), use specific examples. Vague language does not educate anyone. The letter included no specific examples, which educates nobody: the writer doesn't understand why the article was perceived as racist and the student body has no basis with which to judge the merit of

What particular cause this advocates, we certainly don't know. While we're always willing to listen to people who are concerned about backwards attitudes, it pokes a major hole in any cause to use one *-ism* to fight another.

Last year, several students held a demonstration protesting a lack of diversity within the graduate school of UCR. One of the protestors held a sign bearing the question, "Why doesn't my professor look like me?" What cause does this promote? Although there might have been a legitimate concern about an underrepresented staff, you can't fight racism with more racism.

You also can't fight it with sexism.

We don't print content with the aim of offending cultural groups on campus. We want to encourage dialogue about what people perceive to be unprogressive. If we don't understand something, we want to at least understand why something might be perceived as racist. But we want to have that dialogue through letters that promote real discussion.

You can't simply throw around accusations about racist intentions with no evidence

There is too much at stake for the media and for society as a whole if we begin to bow and apologize meaninglessly to such harsh and unfounded accusations. It takes away from our real struggles for equality and it reduces the impact of real victories for civil rights activists when accusations of racism halt all real dialogue.

If UCR students and staff have proven one thing, it's that we understand the importance of diversity and the need for cultural sensitivity, especially in an environment created for learning. However, we have lost sight of the amazing potential our mixed environment offers us. We use our differences to attack and segregate rather than to teach and promote a community of shared beliefs and tolerance of different ways of life. We also have become so focused on racial differences that we have forgotten that other forms of discrimination not only exist, but can also cause harm and be used as a form of oppression.

*Highlander editorials reflect the majority view of the Highlander Editorial Board. They do not necessarily reflect the opinions of the Associated Students of*