**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  **EDCV 09-138-VAP (OP)**                Date  **December 9, 2009**

Title:  **Richard Pompa v. Regents of the University of California**

---

PRESENT: THE HONORABLE  **OSWALD PARADA**                ☐ U.S. DISTRICT JUDGE
                                                         ☒ MAGISTRATE JUDGE

| **Maynor Galvez** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**           **ATTORNEYS PRESENT FOR RESPONDENT:**
               NONE                                            NONE

**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On July 17, 2009, Plaintiff filed a *pro se* First Amended Civil Rights Complaint pursuant to 42 U.S.C. § 1983.  On August 31, 2009, the Court dismissed the First Amended Complaint with leave to amend.  Plaintiff was given thirty (30) days to file a Second Amended Complaint that remedied the deficiencies discussed in the order dismissing the Complaint.  Plaintiff was explicitly cautioned that the failure to comply with the Order could result in the dismissal of the action for failure to prosecute and/or failure to comply with a court order.  To date, Plaintiff has not filed a Second Amended Complaint.

Accordingly, Plaintiff is ordered to show cause no later than December 29, 2009, why this case should not be dismissed for failure to prosecute.  Filing of Plaintiff's Second Amended Complaint on or before December 29, 2009, shall be deemed compliance with this Order to Show Cause.  Plaintiff's failure to file a Second Amended Complaint by December 29, 2009, shall result in the Court recommending that this action be dismissed.

**IT IS SO ORDERED.**


cc: All Parties of Record


                                        Initials of Deputy Clerk____MG_____

CV-90 (10/98)
CIVIL    MINUTES    -    GENERAL