JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMPA, | Case No. EDCV 09-138-R (OP) |
| Plaintiff, | JUDGMENT |
| v. | |
| SEAN JASSO, et al., | |
| Defendants. | |

IT IS ADJUDGED that the First Amended Complaint is denied and this action is dismissed without prejudice.

DATED: March 1, 2010

HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge